UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

PHILLIS LU SIMPSON,

                              Plaintiff,

-against-

THE CITY OF NEW YORK DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, SHAUN DONOVAN, DEBORAH RAND, and LUIZ ARAGON,

                              Defendants.

------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

08 CV 0185 (SHS)(KNF)

**PLEASE TAKE NOTICE** that I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to represent the defendants The City Of New York Department Of Housing Preservation And Development and Shaun Donovan ("City Defendants") in the above-referenced action.

Accordingly, I respectfully request that any future correspondence or ECF notifications relating to this matter be addressed to me, and that Christopher L. Heer's name be inserted as Lead Counsel on the Docket Sheet.

Dated:      New York, New York
               January 30, 2008

                                       MICHAEL A. CARDOZO
                                       Corporation Counsel of the
                                       City of New York
                                       Attorney for City Defendants
                                       100 Church Street, Room 2-317
                                       New York, N.Y. 10007
                                       (212) 788-0960
                                       cheer@law.nyc.gov

By: _____
                                       Christopher L. Heer (CH 1086)
                                       Assistant Corporation Counsel

08 Civ. 0185 (SHS)(KNF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PHILLIS LU SIMPSON,

                                    Plaintiff,

-against-

THE CITY OF NEW YORK DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, SHAUN DONOVAN, DEBORAH RAND, and LUIZ ARAGON,

                                    Defendants.

## NOTICE OF APPEARANCE

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for City Defendants*
*100 Church Street, Room 2-317*
*New York, New York 10007-2601*

*Of Counsel:  Christopher L. Heer*
*Tel.: 212-788-0960*
*NYCLIS No.: 2008-001562*

*Due and timely service is hereby admitted.*

*New York, N.Y. ...................................., 2008.*

*..................................................Esq.*

*Attorney for..........*