UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

PHILLIS LU SIMPSON, ESQ.,                    :

            Plaintiff,                    :

         -against-                        :          ORDER

CITY OF NEW YORK DEPT. OF HOUSING        :          08 Civ. 185 (SHS)(KNF)
PRESERVATION AND DEVELOPMENT, ET AL.,
                                    :

          Defendants.
----------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A pretrial conference was held with counsel to the defendants and plaintiff pro se on

April 22, 2008. As a result of the discussion had during the conference, IT IS HEREBY

ORDERED that:

    1.      all discovery, of whatever nature, shall be initiated so as to be completed on or

           before August 22, 2008;

    2.      a settlement conference will be held with the parties on September 9, 2008, at

           10:30 a.m. The procedures under which the settlement conference will be

           conducted are being provided to the parties with a copy of this order.

    3.      the parties' joint pretrial order shall be submitted to the Court on or before

           October 7, 2008. That document must conform with the requirements for such an

           order that are found in the Individual Rules of Practice of the assigned district

           judge; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/22/08

4.    a telephonic status conference shall be held with the parties on July 28, 2008, at

10:30 a.m.  Counsel to the defendants shall initiate the telephonic conference on

that date.

Dated: New York, New York
     April 22, 2008

Copies mailed to:

Phillis Lu Simpson, Esq.
Christopher L. Heer, Esq.

SO ORDERED:

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

-2-