UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

PHILLIS LU SIMPSON, ESQ.,

              Plaintiff,          :

        -against-                   :             ORDER
                                                08 Civ. 185 (SHS)(KNF)

CITY OF NEW YORK DEPT. OF HOUSING      :
PRESERVATION AND DEVELOPMENT, ET AL.,

              Defendants.

------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The telephonic status conference scheduled previously for July 28, 2008, at 10:30 a.m., is canceled. IT IS HEREBY ORDERED that a telephonic status conference will be held in the above-captioned action on August 1, 2008, at 10:30 a.m. The telephonic conference shall be initiated by counsel to the plaintiff to (212) 805-6705.

Dated: New York, New York          SO ORDERED:
       June 23, 2008

                                                            /s/ Kevin Nathaniel Fox
Copies mailed to:                       KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE
Phillis Lu Simpson, Esq.
Christopher L. Heer, Esq.