UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PHILLIS LU SIMPSON, ESQ.,   :

       Plaintiff,   :

   -against-   :   ORDER

CITY OF NEW YORK DEPT. OF HOUSING   :   08 Civ. 185 (SHS)(KNF)
PRESERVATION AND DEVELOPMENT, ET AL.,
    :

       Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The Court is in receipt of correspondence from counsel to the defendants indicating that the settlement conference previously scheduled for September 9, 2008, should not go forward. Previously, in correspondence from the parties, and in discussions during pretrial conferences, it became apparent to the Court that conducting a settlement conference with the parties on September 9, 2008, would likely be of no utility. However, the Court continued to reserve time on its September 9, 2008 calendar, for the conference, in the event that a change in circumstances made it advantageous to conduct the settlement conference.

    In any event, based on the most recent correspondence referenced above, the settlement conference, previously scheduled for September 9, 2008, is cancelled.

Dated: New York, New York          SO ORDERED:
       September 5, 2008

                                          KEVIN NATHANIEL FOX
                                         UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Phillis Lu Simpson, Esq.

Sent copy via facsimile to:

Christopher L. Heer, Esq.